UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN PHILLIPSON,

                Plaintiff,                      <u>ORDER</u>

    -against-                      CV 12-418 (LDW)(ETB)

ENHANCED RECOVERY COMPANY, LLC,
f/k/a ENHANCED RECOVERY CORPORATION,

                Defendant.
------------------------------------------------------------------------X

       Oral argument with respect to plaintiff's motion to compel, dated October 24, 2012, will be held on December 17, 2012 at 11:00 a.m. in Courtroom 830, Alfonse M. D'Amato U.S. Courthouse, Central Islip, New York.  All counsel are directed to appear.

       No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.  All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available.  In the absence of consent, an explanation of counsel's efforts to obtain agreement should be stated. All requests for adjournments should be sent to chambers via ECF on notice to all parties.


**SO ORDERED:**

Dated: Central Islip, New York
       November 9, 2012


                      /s/ E. Thomas Boyle_____
                      E. THOMAS BOYLE
                      United States Magistrate Judge